Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of

Division

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 14 2022
ARTHUR JOHNSTON
BY_____ DEPUTY

Curtis Landrum Barnes
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

City of Collins Police Dept
Chief Eric Banks and Officer Defendant Brown
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 2:22-cv-140-KS-MTP
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- **Name:** Curtis Barnes
- **Address:** 402 Shephard St
  - City: Mt. Olive
  - State: MS
  - Zip Code: 39119
- **County:** Covington County
- **Telephone Number:** 601 517 3759
- **E-Mail Address:** curtisbarnes1981@outlook.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

- **Name:** Eric Banks
- **Job or Title (if known):** Chief of Police
- **Address:**
  - City: Collins
  - State: MS
  - Zip Code: 39492
- **County:** Covington County
- **Telephone Number:**
- **E-Mail Address (if known):**
- [ ] Individual capacity  [X] Official capacity

**Defendant No. 2**

- **Name:** Officer [first name unknown] Brown
- **Job or Title (if known):** Collins Police Department
- **Address:**
  - City: Collins
  - State: M
  - Zip Code: 39492
- **County:** Covington County
- **Telephone Number:**
- **E-Mail Address (if known):**
- [ ] Individual capacity  [X] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
　Name _____
　Job or Title *(if known)* _____
　Address _____
　　　　　_____City_____  _____State_____  _____Zip Code_____
　County _____
　Telephone Number _____
　E-Mail Address *(if known)* _____

　☐ Individual capacity　☐ Official capacity

Defendant No. 4
　Name _____
　Job or Title *(if known)* _____
　Address _____
　　　　　_____City_____  _____State_____  _____Zip Code_____
　County _____
　Telephone Number _____
　E-Mail Address *(if known)* _____

　☐ Individual capacity　☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

　A. Are you bringing suit against *(check all that apply)*:

　　☐ Federal officials (a *Bivens* claim)

　　☒ State or local officials (a § 1983 claim)

　B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

　　excessive use of force, Abuse of Authority, Negligence

　C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Office Brown acted under color of state law or local law by violation employee rules of conduct by using excessive use of force, when he was suppose to protect and serve

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Collins MS King St, near covington county sheriff dept

B. What date and approximate time did the events giving rise to your claim(s) occur?

at or between 5:30 pm - 9:00 pm
Feb 17 2022 or between dates Feb 13 - Feb 18 2022

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Officer Brown of Collins Police department, intently and knowingly use excessive use of force upon agreeing to give me a courtesy ride from King St to Mt. Olive MS Keith Store. Such officer taze me 2 times after he searched me and my belonging which showed I was no threat. He also know that I went to ER Covington County Hospital for chest pain. after leaving hospital I went to Justice court to file charges on numerous of people for stalking and plotting to kill me. After leaving Justice court I ended up at Covington County Jail which I was stranded for numerous hours, and upon seeing Collins PD I stopped officer brown in request for a ride to safety. Officer Brown rejoice like he won the lottery after being taken to Collins PD and he called someone on his phone and laughed and rejoiced over and over knowing that it was a hit on me for a cash reward, MY Aunt Kathoryn Sims my witness of being in custody.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental discomfort, Night mares, Anxiety, Paroidnoid

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Requesting a jury trial and to seek monetaurey, and punitive damages etc mental anguish, police trust, will settle out of court, that still leave me with a bad heart

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-24-2022

Signature of Plaintiff: Cuts Baes

Printed Name of Plaintiff:

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
  City / State / Zip Code
Telephone Number: _____
E-mail Address: _____